Opinion by DONLON, J. An examination of the official papers showing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE SECOND DIVISION, APRIL 30, 1964

No. 68499.—Seedman International Corp. v. United States, protests 62/19638 and 62/19643 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of cycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

No. 68500.—Siemens New York, Inc. v. United States, protests 61/2971, 61/15467, and 61/23546 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of electrical X-ray apparatus or instruments, which are not X-ray tubes or parts thereof, the claim of the plaintiff was sustained.

No. 68501.—The Rembar Co., Inc. v. United States, protests 61/17709, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of integral, necessary components of electrical X-ray apparatus or instruments, which are not X-ray tubes or parts thereof, the claim of the plaintiff was sustained.

No. 68502.—The Rembar Co., Inc. v. United States, protests 62/4756, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of integral, necessary components of electrical X-ray apparatus or instruments, which are not X-ray tubes or parts thereof, the claim of the plaintiff was sustained.

**No. 68503.**—Patrick & Graves *v.* United States, protest 62/11527 (Galveston).

Opinion by FORD, J. In accordance with oral stipulation of counsel that the dry charging machine in question consists of an oven, which has as an essential feature an electrical element or device, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, APRIL 30, 1964

**No. 68504.**—Stamoolis Bros. *v.* United States, protest 63/3876 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the proper basis for converting the weight in pounds to gallons is 6.5 pounds per gallon, the claim of the plaintiff was sustained, and the collector was directed to reliquidate the entry accordingly.

BEFORE THE FIRST DIVISION, MAY 4, 1964

**No. 68505.**—H. W. Robinson & Co., Inc. *v.* United States, protest 62/12188 (New York).

Opinion by WILSON, J. The collector's additional memorandum showing that the applicable customs regulations have now been complied with, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MAY 4, 1964

**No. 68506.**—Kaytee Fabric & Ribbon Co., Inc., and Halperin Shipping Co. *v.* United States, protests 59/4790, 59/4785, and 59/12186 (New York).